JOHN M. RUNFOLA SBN 96058
Attorney at Law
Pier 9, Suite 100
San Francisco, California 94101
Telephone: (415) 391-4243
Facsimile: (415) 391-5161

Attorney for Defendant
JAMES SHELTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES SHELTON,<br><br>　　　　Defendant. | No. CR-12-0096 WHA<br><br>STIPULATION AND [PROPOSED]<br>ORDER FOR CONTINUANCE OF<br>SEPTEMBER 18, 2012 SENTENCING<br>DATE |

　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Waqar Hasib, counsel for the plaintiff, John M. Runfola, counsel for JAMES SHELTON, that the sentencing date now scheduled for September 18, 2012 at 2:00 p.m., is extended until November 13, 2012 at 2:00 p.m., or as soon thereafter as is convenient for the Court.

　　　This continuance request is sought by counsel for the defense in order to allow the defendant additional time needed to arrange living accommodations for his wife and newborn son. Additionally, defendant is currently involved in custody proceedings with his ex-wife to arrange guardianship for his 8 year old daughter.

　　　Therefore, the parties respectfully request that the Court move the sentencing hearing date from September 18, 2012 to November 13, 2012 for the purposes of providing the defendant with adequate time to make housing and custodial arrangements for his wife and children.

STIPULATION AND [PROPOSED] ORDER
CR 12-0096 WHA

The United States Probation Officer has approved the suggested continuance date. No party objects to the requested continuance.

**SO STIPULATED**

Dated: August 28, 2012                    /s/
                                          JOHN M. RUNFOLA
                                          Counsel for Defendant

Dated: September 5, 2012                  /s/
                                          WAQAR HASIB
                                          Counsel for Plaintiff

[PROPOSED] ORDER

For the reasons stated above, the Court finds good cause to change the date for the sentencing hearing from September 18, 2012 to November 13, 2012.

**IT IS SO ORDERED**

Dated: September 7, 2012.                 _____
                                          HONORABLE JUDGE WILLIAM ALSUP
                                          United States District Court Judge

STIPULATION AND [PROPOSED] ORDER
CR 12-0096 WHA