UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES SHELTON,<br><br>　　　　　Defendant. | Case No. : CR-12-0096 WHA<br><br>[PROPOSED] ORDER FOR TRAVEL |

GOOD CAUSE HAVING BEEN SHOWN in that neither pretrial services for the Northern District of California, nor Assistant United States Attorney, Waqar Hasib, has an objection, it is hereby ordered that James Shelton be permitted to travel outside of the Northern District so that he may celebrate Thanksgiving with his relatives in South Lake Tahoe.

Mr. Shelton is permitted to travel by car from Eureka, California on November 19, 2012 traveling by car to South Lake Tahoe, CA. Mr. Shelton shall return to his home in Eureka, California no later than November 25, 2012.

Mr. Shelton will be lodging at his relative's house located at 3689 Verdon lane, South lake

-1-

Tahoe, CA 96150.

All other conditions of release are to remain the same.

**SO STIPULATED**

Dated: November 15, 2012

/s/
JOHN M. RUNFOLA
Counsel for Defendant

Dated: November 16, 2012

/s/
WAQAR HASIB
Counsel for Plaintiff

**IT IS SO ORDERED**

Dated: November 19, 2012.

WILLIAM ALSUP
United States District Judge

*Judge William Alsup* (signature / seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA)

-2-