IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JAMES SHELTON,<br><br>    Defendant. | No. CR 12-0096 WHA<br><br>**REQUEST FOR PROBATION<br>AND GOVERNMENT RESPONSE** |

Defendant James Shelton has filed a motion to modify his conditions of supervised release to allow him to move to Humbolt, California. Probation and the government are requested to respond by **NOON ON APRIL 20, 2016.**

Dated: April 13, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE