IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-0096 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE** |
| JAMES SHELTON, | |
| Defendant. / | |

Defendant James Shelton has filed a motion to modify his conditions of supervised release, to allow him to move to Humbolt, California. Probation has investigated the situation, has found that defendant has a job and a place to live lined up in Humbolt, and does not oppose the modification. The government also does not oppose. Accordingly, defendant's motion to modify the terms of supervised release to allow him to move to Humbolt, California is **GRANTED**.

**IT IS SO ORDERED.**

Dated: April 22, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE